IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENNETH CARL ERB<br> Plaintiff, | Case No. 6:24-cv-01594-SB |
| vs. | ORDER AWARDING ATTORNEY FEES<br>PER 28 U.S.C. § 2412(d) |
| COMMISSIONER SOCIAL SECURITY<br>ADMINISTRATION,<br> Defendant | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $8,100 is awarded to Plaintiff.  It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at: 2625 Alcatraz Ave, # 208, Berkeley, CA 94705.  If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

**IT IS SO ORDERED.**

DATED this 15th day of July, 2025.

_____ .
Hon. Stacie F. Beckerman
U.S. Magistrate Judge